TONY WEST
Assistant Attorney General, Civil Division
DAVID J. KLINE
Director
Office of Immigration Litigation
District Court Section
VICTOR M. LAWRENCE
Principal Assistant Director
THEODORE W. ATKINSON
Senior Litigation Counsel
CHRISTOPHER W. HOLLIS
Trial Attorney, ILBN 6283101

P.O. Box 868, Ben Franklin Station
Washington, DC  20044
Tel.: (202) 305-0899; 616-8962 (fax)
christopher.hollis@usdoj.gov

Attorneys for Respondents

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WINSTON VALENTINE WALTERS, <br><br> Petitioner, <br><br> v. <br><br> TERRY NELSON, Officer-in-Charge, Adelanto Detention Facility East; DAVID MARIN, Field Operations Director, U.S. Immigration and Customs Enforcement (ICE); JAMES T. HAYES, JR., Acting Director, Office of Detention and Removal Operations, ICE; JOHN T. MORTON, Director, ICE; JANET NAPOLITANO, Secretary, U.S. Department of Homeland Security; DANIEL P. SCHICHEL, Deputy Field Office Director, Office of Detention and Removal Operations, ICE, <br><br> Respondents. | Case No. 11-cv-8945-TJH (CW) <br><br><br> **ORDER** <br> JS-6 |

Upon consideration of Respondents' suggestion of mootness, and for good cause shown, IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus and Release from Detention is dismissed.

DATED: February 2, 2012

_____
TERRY J. HATTER, JR.
United States District Judge